**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV **14** 2018

JAMES W. McCORMACK, CLERK
By: _____
**DEP CLERK**

## AMENDED

### FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
### UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### _____ DIVISION

CASE NO. _1:18-CV-80-DPM_

Jury Trial: ☑ Yes  ☐ No
(Check One)

I.     Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.     Name of plaintiff: _Charles J Youngberg_
       ADC # _____

       Address: _1009 Sheriff Dr. Mountain View, AR 72560_

       Name of plaintiff: _____
       ADC # _____

       Address: _____

       Name of plaintiff: _____
       ADC # _____

       Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.     Name of defendant: _Joshua Collums_

       Position: _Stone County Deputy Prosecuting Attorney_

       Place of employment: _104 West Main St Mountain View, AR 72560 Courthouse_

       Address: _104 West Main St. Mountain View, AR 72560_

       Name of defendant: _B J Day_

       Position: _Cheif of police_

-4-

1 of 1

Additional Defendents

Name of Defendent: Jim Doss
Position: Stone County Deputy
Place of employment: Stone County Sheriff Office
Address: 1009 Sheriff Dr. Mountain View, AR. 72560

Name of Defendent: Zack Alexander
Position: CC Stone County Sheriff Office
Place of employment: Stone County Sheriff Office
Address: 1009 Sheriff Dr. Mountain View, AR. 72560

Both above named officers both parfook in harming both my minor children and myself mentally and were also involved in damaging my character, loss of job, loss of home and other material possesion along with the loss of my daughters and family.

I also seek that the above named officers also be releved of their badges and duties and also held accountable on a criminal level to pay for loss of wages and sufferings

Place of employment: *Mountain View City Police Department*

Address: *203 South Peabody Ave. Mountain View, AR 72560*

Name of defendant: *Johnathan Arndol*

Position: *Mountain View City Police Officer*

Place of employment: *Mountain View City Police Department*

Address: *203 South Peabody Ave. Mountain View, AR 72560*

Name of defendant: *Autumn R. Canard Youngberg*

Position: *In home health Aid*

Place of employment: *Kindred at Home*

Address: *180 Bickham Dr. Mountain View, AR 72560*

II.    Are you suing the defendants in:

☐    official capacity only
☐    personal capacity only
☒    both official and personal capacity

III.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___    No ☒

B.    If your answer to A is yes, describe the lawsuit in the space below.  (If there is  more than one lawsuit, describe the additional lawsuits on another piece of  paper, using the same outline.)

☐    Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

□   Court (if federal court, name the district; if state court, name the county):

_____

□   Docket Number: _____

□   Name of judge to whom case was assigned: _____

□   Disposition: (for example: Was the case dismissed?  Was it appealed?
     Is it still pending?) _____

□   Approximate date of filing lawsuit: _____

□   Approximate date of disposition: _____

IV.   Place of present confinement: *Stone County Detention Center*
*1009 Sheriff Dr. Mountain View, AR 72560*

V.    At the time of the alleged incident(s), were you:
      (check appropriate blank)

      __X__ in jail and still awaiting trial on pending criminal charges

      _____ serving a sentence as a result of a judgment of conviction

      _____ in jail for other reasons (e.g., alleged probation violation, etc.)
            explain: _____

            _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
      of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
      prisoner grievance procedure in the Arkansas Department of Correction, and in several county
      jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
      this complaint may result in the dismissal without prejudice of all the claims raised in this
      complaint.

      A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

            Yes __X__    No _____

      B.    Did you completely exhaust the grievance(s) by appealing to all levels within the
            grievance procedure? *Yes*

-6-

Yes X   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On the approximate date of 8-25-18 BJ Day, Johnathan Arnold and Autumn R Canard Youngberg all infact co-conspired in falsifying legal documents to have me wontfully imprisoned to cover Autumn R Canard Youngbergs illegal activities so that she may attempt to gain custody of our minor twin daughters, or to act in retaliation against me for past legal issues I had filed against local law enforment. On the morning of the 25th, While Officer Arnold personally wrote Autumn Youngbergs statement for her as a favor to her. The Chief of police being good associates with Ms Youngbergs family all be over 12 miles outside of his jurisdiction and crossed on to private property to threaten my well being as a way to take my minor daughters back to their mother even after she had admitted to being under the influence of a scheduled #1 narcotic Methamphetamine the illegal actions she committed against. The threatening by BJ Day not only damage my mental state he

also damaged and mentally abused my minor children as well. Apon putting us in such mental disstress he then also placed my two minor chilbren into his police vehical without proper car seats infact indangering the well being of my minor children even farther. After their BJ Day, Officer Arnold, and Autumn Youngberg coconspired in falsifying the police report, Mrs. Youngberg told me they had Charassed and threatened her and that both officers would see to it she lost our daughters an our girls split up into foster homes. Though in duress an fear of her well being Mrs. Youngberg still signed the false placements, which infact damaged my mental state as well. Mrs Youngberg had infact told me she did not write her own statement an she was not to worry about anything that the Depaty Prosecuting Attourney was also in agreement with the plan of the two officers an also believed that D.P.-Joshua Clums himself even altered her statement even farther. Knowingly doing so in order to get our local judge to agree to issueing a warrent an charges against, also in retaliation for the past disagreements and legal filings that I had filed. The actions of all parties involved infact hurt and damaged my mental state and livelyhood. Intact slandering my character, loss of job, loss of home and other materials possesions, and most of all loss of my daughters and family. At this time I am still currently incarserated in the Stone Co jail awaiting trial on the accused charges of #Agg. Asalt on an family or house hold member. #2Child endangerment #3 unclassified enhancement. #4 habitual offender. I feel that these charges are excessive along with being wrongfully placed against, against the peace and dighity of the great State of Arkansas.

On the approximate date of 8-24-18 I Charles Youngberg was at my residence on Wallis street within the city limits of Mountain View where I had moved to an was living alone after coming home finding my wife

3

Autumn R Benard Youngberg Commiting adultry with her sisters husband Andy Coty. During the above mentioned time of being at my residence my wife Autumn Youngberg infact showed up at my residence and asked permission to leave my two minor twin daughters in my custody for a time period no longer than to run a few errons. To which at that time I agreed to watch my minor daughters an put off all other appointments of the evening. Upon the time reaching 8:00ᵖᵐ I put on straw berry Short cake an layed my daughters down to bed for the night being that their mother would not answer or return my calls to see when she would be returning and why she had not returned by the agreed time. After laying my daughters down for the night I myself laid back in my recliner by the front door to rest while I awaited her arrival or call to pick up our daughters. Both seen the hour of 2:30 AM and 3:30 AM my wife accompanied by her cousin a wanted woman "Shay Haynes" who was infact wanted by the Stone County Sheriff Office had showed up at my house wanting to pick up our daughters who were safely in bed asleep. At the time of their arrival my wife and her cousin were acting strange as I stepped out on my front porch an observed them an asked as to why they were. They both had admitted to me that they were under the influence of a schedule one narcotic Meth that they had recieved from a friend who does C.I. work for the Stone County Sheriff Office that it would be at if I wanted to partake in it with them. At that time I told my wife she and her cousin needed to leave that she would not be taking our girls any where. At that point my wife became very loud and aggressive riting and throwing things on my front porch

4

as turned to gain entry back into my residence my wife began to hit and claw the back of my head and neck both inflicting knots on breaking my skin to a point of bleeding, saying that she will do anything to see to it I don't get our daughters. Once I made it into my residence and got to safely lock my door for the safety of my daughters and myself my wife began to hit, kick, and bang the front door of my residence. Upon the window of my front door being broke out and my wife realizing she had cut her hand, I began searching for my cell phone to contact the police and could not find it. By this time my wife had noticed the cut she had inflicted upon her own hand, wrapped it in the shirt she was wearing and head towards the vehicle she was driving saying I got your ass now. Once I noticed my wife and her associate had left the property, I gathered my daughters and our belongings, put them in the vehicle and drove straight to an associate's house to ensure the safety of my minor daughters until I could get ahold of DHS and the local law enforcement to report the situation and seek charges. While at the residence of the associate who had previously gave me permission to be there anytime I needed some place safe to go. A one Deputy John Doss of the Stone County Sheriff office arrived beating and banging on the walls and windows of the residence I infact sending my minor daughters into further shock as to spoke on his cell phone with Chief BJ Day and/or his superior officer informing that I was at the house. Throughout his banging around and demanding I opened the front door of the residence in full cooperation and so to could show that my minor daughters were ok. At that point Deputy Doss had ordered me to step outside

5

posted private property as to himself unlatched on opened the gate to the property that my daughters were behind. At that time my daughters began to cling to me in worry and fear as of hoped of protection from Deputy Doss do to his attitude and actions. At that time it made Deputy Doss aware that he was in fact trespassing onto private property and mentally abusing my daughters by his ways and actions. At that time I also began showing Deputy Doss where and how I was bleeding on my body inflicted throughout the altercation with my wife having glass broken out in my face. I then got flat on my bottom and began to hold my minor daughters to comfort and console them as I asked that DHS be called or brought into the situation for the safety of my daughters. At which point Deputy Doss sighed out of frustration took out his cell phone and made a call to Chief of police BJ Day to let him know of my current response or request to the situation. After observing Deputy Doss aggressive response to a lot Chief BJ Day told him to do he came over to tell me that Chief BJ Day told him to tell me that no one would be contacting DHS for my daughters or me and that he would be there shortly to take my daughters on have me arrested on a 72 hour hold to jail and prefair charges against me. While my daughters lay there in my arms in comfort and security I began to share with Deputy Doss and Deputy Meeks a note all had taken place on how my daughters loved on needed me. Deputy Meeks responded that I should have left her when I had the chance, and Deputy Doss said that if I didnt have atleast one witness the city was

6

going to be able to make the charges stick, I would go to prison and loose my daughters if it was just my word against my wifes. At about that moment a black Suv driven by BJ Day Cheif of Police arrived at the residence approached over my daughters and I in a threatening manner aggressively stating that in one way or the next he was taking my daughters an returning them back to their mother where they belong. At that time I asked Deputy Meeks and Doss if they had their service issued body cams turned on they stated that on this particular night upon arriving to take me into custody their body cams were not charged or able to be used. however after asking if they all showed up to inflict assault or kill me to take my daughters Deputy meeks looked at the front of his service vehical as to ensure me that the vehical camera was working properly when Cheif BJ Day squated down in my face sarcasticly stating to me "I could take it however I wanted to" I had just not moved cause he didn't want to inflict any unessary accidents upon me or my daughters or have any crazy foot chases. At that point he squatted down doter my daughters and myself an ripped my first out out of my arms inflict sending her into further shock walked her to the black Suv owned by the city police department an handed my daughter off to another officer to hold without proper car seating for more than 12 miles back within city limits. After passing of my 1st daughter Cheif BJ day returned in the same threatening manner prying my 2nd daughter from my arms to also place her within the black Suv driven by Cheif BJ Day to transport her as well for

7

more than 12 miles back within city limits without the
proper car seating needed to ensure my minor
daughters safety being as an officer of the law he
intact took an oath to protect and serve. After taking
my daughters from within private property Chief BJ
Day again stated sarcastically lets get those babies
back to their mother, more than kidding even after she
had already admitted to Chief BJ Day that she was
intact under the entheence of a schedule one narcotic
meth, and the cuts and wounds she had inflicted
upon me. I also around that same time asked Chief
BJ Day for medical attention do to the blood coming
from my forehead and eyes in which he turned and
laughed at me. At that time I was asked to go with
the Stone County Sheriff Deputies to be taken into custody
do to how things went at the time I only felt safe
with Deputy Meeks an fully connected with him throughout
my transition into custody. He then placed me into
hand cuffs and into his Service vehical then properly
went through the right channels to begin my transport.
During the said transport upon asking Deputy Meeks for
help in getting medical attention that Chief BJ Day
denied me. Deputy Meeks then realized in that, I was in
request of said medical treatment an was given the
approval to transport me to the White River Medical
Center. Upon arriving at the hospital we met up with
a one Sgt. Stepns of the Stone County Sheriffs Office who
assisted in watching over me throughout my medical
treatment at the White River Medical Center Trauma
Unit in Mountain View Arkansas. While awaiting the
doctor to come in an diagnose my situation Deputy

8

Meeks was within my room and Sgt. Stevens stood at my door in a professional manner as Officer Johnathon Arnold my wifes interviewing officer approched my door. Sgt. Stevens appeared to properly escort Officer Arnold away as he began to make inappropriate comments and accusations about me on behalf of my wife. Then saying "have fun with this one" and asking as to why Stone County Deputies were conducting themselves in such a manner, and asking why I was going to be allowed to make any kind of statement about the situation my wife and I went through or against the City police dept. Since the City had infact denied me my right to make one per Chief of Police BJ Day. At that time I observed Sgt. Stevens conducting himself in a professional manner responding to Officer Arnold that it was not something either officers were at liberty to speak about. At that same time the trama unit doctor had been conduct my diagnosis asking me about the scratches and the knots apon the back of my head that I infact recieved by my wife while I was trying to gain entry back into my residence. The doctor also ran ultra violet lights over my face having to remove pieces of broken glass that had been embedded into my face and forehead, an he also followed up by flushing what glass fragment were directly apon my eyes themselves. I was then sent to another section of the hospital were I was given an MRI Scan do to the knots and bumps from the impact of my wifes fists that the doctor observed. Once all the above medical attention was conducted I was then transported to the Stone County jail were I was placed on a 72 hour for police Chief BJ Day.

9

Once booked into the Stone County jail I was allowed to fill out a statement, though it was under duress it was noted as transportational purposes for the Stone County Sheriff Office. After the said statement was made I was then placed into the holding cell for a period less than 72 hours in which I was told to leave Stone County jail on foot. Upon my release my wife had been notified an I met up with her and returned home to our house at 180 Buckhorn Dr. Mountain View, AR 72560 in which I stayed with my wife and daughters until the day she returned our daughters to school an never came back as she usually does. Once I got in touch with her she said that the Chief of Police BJ Day had contacted her about the statement that was filed the night of the said incident an that she had been threatened and the well being of our two twin daughters had also been threatened if she did not agree to the statements Chief BJ Day and officer Arnold had personally required for her to sign, so that they may be able to file the charges against me in retaliation to the past legal situations that had taken place. She assured me that it was not her writing again, nore was it her ideas and accusations as if I had nothing to worry about. But she was sorry this was going to happen to our family. She did not know what to do being that she was in fact scared for her freedom and the well being of our twin daughters. Later that evening when she returned she had discussed the said matters in greater detail an said she thought they were going to really set me up an send me off to prison as if this was

10

some type of movie. A few days later while out on about I had gotten my truck stuck on a road adjoining a property that was said to have been searched by local law enforcement cause they were told by a Confidential informant/Convicted felon Samantha Morgan that I was suposidly at the residence. Upon recieving that said info the following evening I then contacted Chief Deputy Dwain Pierce of the Stone County Sheriff office about turning myself into him alone when the Sheriff of Stone County did not answer or return my calls. Shortly after my phone conversation with Chief Deputy Pierce about being in fear of my life an well being it all hinded by the City Police on the fact that Im not guilty of the said charges of hand. I recieved word from my wife that I needed to get intouch with Lt Zack Alexander and Damon McGilTon of the 18th judicial Drug task force. At the time of recieving said information from my wife she expressed it in an upset manner stating the two officers had been causing her problems an she was worried they was going to get caught running drugs out of Pellowville and Independence Countys If I didn't turn myself in. She said she didn't know as to what charges they actually filed and had Deputy prosecutor Joshua Collums knowingly file against me, but they wanted me to turn myself in and get help for the mental issues that arrised in my life throughout this situation and coming home to find my wife committing adultery with her sisters husband etc... After a short period of time my wife arrived at the location I was at an we met up with Lt Zack Alexander and Damon McGilTon so that I could turn myself in properly an

//

solely to the custody of the Stone County Sheriff Office
under the pretence I had an over the phone screening
awaiting me on that I would be sent for evaluation
to help assist me with my issues an get back on my
medications that I take for Chronic Anxiety, Chronic
Depression, Mood disorder upon awaiting to be booked
into the Stone County jail LT Zach Alexander showed
me a relatively old picture of me with a pistol in my
mouth laughing an asked if that was a rough day
then had me placed in a pod amongst other inmates
I had had recently been running and sleeping with my
wife in which felt as a tactic to humiliate me into
hurting myself while on suicide watch

All the named defendants within my claim I do
believe both mentally and psyically harm me by
the amounts of mental anguish I've had to
endure along with the loss of my job, my lively
hood, and my family.

I also believe that Autumn R Conard Saunders
BJ Day, Johnathon Arnold, Joshua Collums all
hurt my minor daughter by the amount of mental
anguish they have had to endure loosing their
father and family along with their home and the
amount of endangerment they were placed in as
to the false documents filed against me and BJ
Day transporting them over 12 miles without proper
car seats.
Please send word of reviewing this paper work,
I am still being held in Stone County jail awaiting
trial on charges enclosed with this.

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

#1 Officers to relieved of their badges and duties.

#2 Counsil be relieved of his license to work as an attorney

#3 All parties to held accountable for their actions on a
Criminal level and ordered to pay for lost wages an sufferings.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _10th_ day of _November_ , 20 _18_ .

Re: Stone County Jail administrator
refuses all inmates to noterize any
Paperwork involved in taking claims
against law enforcement and/or
County officals.

_____
Signature(s) of plaintiff(s)

# AFFIDAVIT OF PROBABLE CAUSE FOR ARREST

Case #CR 2018-099

**FILED**
IN STONE COUNTY, ARKANSAS
AT
AUG 2 9 2018
10:00 O'CLOCK A.M.
ANGIE HUDSPETH, WAG 5 CLERK
DC

In The Matter of: CHARLES J YOUNGBERG      W/M   AGE: 37

Re: Request for Magistrates Determination for Probable Cause for Warrant of Arrest for the Defendant on the following charges:

- **AGGRAVATED ASSULT ON A FAMILY OR HOUSEHOLD MEMBER, A CLASS "D" FELONY IN VIOLATION OF A.C.A. 5-26-306.**
- **CRIMINAL MISCHIEF 1st DEGREE, A CLASS "A" MISDEMEANOR IN VIOLATION OF A.C.A. 5-38-203.**
- **ENDANGERING THE WELFARE OF A MINOR IN THE 2ND DEGREE, A CLASS "A" MISDEMEANOR IN VIOLATION OF A.C.A. 5-27-206. (2 COUNTS)**
- **ENHANCED PENALTY, THAT HAVING COMMITTED A FELONY OFFENSE INVOLVING DOMESTIC BATTERING OR ASSAULT ON A FAMILY MEMBER IN THE PRESENCE OF A CHILD, THE DEFENDANT SHOULD BE SUBJECT TO AN ADDITIONAL TERM OF IMPRISONMENT OF NOT LESS THAN ONE (1) YEAR AND NOT GREATER THAN TEN (10) YEARS PERSANT TO ARK. CODE. ANN. 5-4-702(a)**
- **HABITUAL OFFENDER ACT – THAT CHARLES J YOUNGBERG IS A HABITUAL OFFENDER HAVING BEEN CONVICTED OF FOUR (4) FELONIES AS EVIDENCED BY HIS ACIC/NCIC HISTORY. THAT CHARLES J YOUNGBERG SHOULD BE SENTENCED AS A HABITUAL OFFENDER PURSUANT TO A.C.A. 5-4-501.**

THE UNDERSIGNED, BEING DULY SWORN, FOR HIS AFFIDAVIT FOR PROBABLE CAUSE FOR ARREST, DEPOSES AND SAYS:

On August 25, 2018 at approximately 4:00am, Officer Jonathan Arnold was dispatched to the Stone County Medical Center to meet with Autumn Youngberg. Autumn called the Stone County Sheriff's Office and reported her soon to be ex-husband, Charles Youngberg, had taken her kids and she was bleeding from an altercation that they had. Mrs. Youngberg stated that she was going to drive herself to the hospital and meet Officers there.

Upon arrival, Officer Arnold seen Mrs. Youngberg in her Chevrolet Tahoe and the driver's rear window had been shattered. He escorted her into the emergency room so she could be evaluated. She was in a very emotional state of mind and said that her ex-husband had busted her window and taken her twins without car seats while they were screaming for her. She stated that her and Charles had been arguing for a couple days and that he had hit her and choked her in front of the kids the previous day.

While the medical staff at Stone County aided to Mrs. Youngberg Officer Arnold took a statement from her. She was unable to write due to a cut on her hand that was bleeding on the statement form. Officer Arnold retrieved a new statement form and wrote her statement down as she told it to him.

Mrs. Youngberg stated that she had been staying at a rent house of Tonya Nesbitt for about 3 days and her husband had been accusing her of cheating on him and would not let her take a shower. She had got in the shower anyways and said that he had crawled through the attic

space and came in anyways. Thursday night Mr. Youngberg had kicked her, punched her and choked her for approximately 7 or 8 seconds while the kids were present in the room. She stated that he changed his mood and started being nice to her until she said that she was going to leave. She carried out her stuff and her kid's stuff to her vehicle and then went back into the residence to get her girls. While she was in there Mr. Youngberg had flattened 2 of her tires so that she could not leave.

She stated that she woke Mr. Youngberg up Friday morning to fix her tires but he did not. She went to get her laundry from the neighbor's house and when she returned Mr. Youngberg locked the house and would not let her in. He opened the door but kept blocking it until he slammed it in her face.

He stuck his face in a triangular window in the door and when she put hers up to the window to tell him to let her in and he busted the window out. She said that she ran to her Tahoe and he followed her out and smashed the driver's rear window out. As she was driving off she stated that he was trying to hold on to the vehicle and that is when she contacted the police and then drove to the hospital.

Photographs were taken of Mrs. Youngberg's injuries which were to her head, both hands and arms as well as injuries to her throat and neck area. Photographs were also taken of the vehicle showing the broken window and blood all over in the driver's area of the vehicle.

**A check of CJ Youngberg's ACIC/NCIC criminal history shows the following arrests:**

- 9-28-11 Stone County charged Fleeing D Felony and was convicted on 1-26-12 of that charge.
- 12-9-11 Stone County charged Escape 2nd D Felony, Poss. of Meth D Felony, and Poss. of drug paraphernalia D Felony and was convicted of all on 1-26-12.
- 9-18-14 Stone County charged Fleeing D Felony, Poss. drug paraphernalia (meth) D Felony (2 counts) and was convicted of all on 1-9-15.
- 

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS 28 DAY OF August , 2018.

_____
JUDGE, NOTARY PUBLIC OR CLERK

My Commission Expires: _____

Taylor Tidwell - he was present that night
Joshua Hallman
Lt. Jermey Bowden
Jesse LaMay

## **FINDING OF PROBABLE CAUSE FOR ARREST**

Case # _____

I hereby find that the foregoing sworn Affidavit demonstrates reasonable and probable cause for the issuance of a warrant of arrest for the defendant for the charges listed in the attached Information and that the defendant should be arrested and bound over for trial.

_____
JUDGE

Dated and signed this __28__ day of __August_____, 2018.

Youngberg's behalf must be clearly identified by case name and case number.

2. The Court directs the Clerk to send a copy of this Order to the Administrator of the Stone County Jail, Post Office Box 1317, Mountain View, Arkansas 72560.

3. The Court must screen Youngberg's complaint. № 2; 28 U.S.C. § 1915A. Youngberg makes sveral unrelated claims. He alleges that his minor daughters were wrongfully taken from him and that he was wrongfully arrested and charged with "negligent supervision/threat of harm to a child." № 2 at 14. According to Youngberg, he self-surrendered in connection with the pending charges after he was initially released from custody. He makes a conditions of confinement and a medical indifference claim arising from his second stay at the Stone County Jail. № 2 at 12–14.

4. Youngberg can't defeat the filing fee requirement by joining his claims in one case. 28 U.S.C. § 1915. He must decide which claims to pursue in this lawsuit and file an amended complaint explaining those claims. If Youngberg wants to pursue his claims that his daughters were wrongfully taken from him and that he was wrongfully arrested and charged, then he must identify the defendants he wants to sue and explain what each defendant did to violate his rights, how he was harmed by the defendant's actions, and what relief he seeks. He must

-2-

also explain the status of the charges.  Is he still awaiting trial, or have the charges been resolved?

If Youngberg picks his conditions of confinement and medical indifference claims, then he must explain who he wants to sue, identify which defendants allegedly knew about the conditions he described, and explain how he was harmed by the conditions.  He must also identify which defendants allegedly knew about his medical condition and what those defendants did to violate his rights.

If Youngberg doesn't file his amended complaint by 1 December 2018, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

7. The Court directs the Clerk to mail Youngberg a blank § 1983 complaint form with a copy of this Order.

So Ordered.

D.P. Marshall Jr.
United States District Judge

31 October 2018