# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

CHARLES J. YOUNGBERG                                          PLAINTIFF

v.                          1:18cv00080-DPM-JJV

JOSHUA COLLUMS, Prosecuting Attorney,                         DEFENDANTS
Stone County, *et al*.

## ORDER

On September 12, 2019, service was directed on Defendant Autumn R. Conrad Youngberg, among others. (Doc. No. 20.) Service attempted on Defendant Youngberg at the address Plaintiff provided was returned unexecuted; the envelope reflects the mail was not deliverable. (Doc. No. 30.) It is Plaintiff's responsibility to provide a valid service address for each Defendant. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam); *see also* Fed. R. Civ. P. 4(m) (providing that any defendant who is not served within ninety (90) days after the filing of the Complaint is subject to dismissal without prejudice). Plaintiff will have thirty (30) days to provide the Court with a valid service address for Defendant Youngberg. If he fails to do so and this Defendant is not served in the time allowed, the Court will recommend this Defendant be dismissed from this action without prejudice.

IT IS, THEREFORE, ORDERED that Plaintiff must provide a valid service address for Defendant Youngberg **within thirty (30) days of the date of this Order.**

Dated this 21st day of October 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE