IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CHARLES J. YOUNGBERG                                    PLAINTIFF

v.                      No. 1:18-cv-80-DPM-JJV

JOSHUA COLLUMS, Prosecuting
Attorney, Stone County; B J DAY,
Chief of Police, Mountain View;
MIRANDA MONROE, Family Service
Supervisor, DHS; KIRK GREEN,
Administrator, Stone County Jail;
AUTUMN R. CONRAD YOUNGBERG,
In Home Health Aide; DOE, Police Officer,
Mountain View City Police; and JOHNATHAN
ARNOLD, Mountain View City Police          DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, № 35. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The claims against Autumn R. Conrad Youngberg are dismissed without prejudice for failure to serve. FED. R. CIV. P. 4(m).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

13 December 2019