# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**CHARLES J. YOUNGBERG**            **PLAINTIFF**

v.         No. 1:18-cv-80-DPM-JJV

**JOSHUA COLLUMS**, Prosecuting Attorney, Stone County; **B J DAY**, Chief of Police, Mountain View; **MIRANDA MONROE**, Family Service Supervisor, DHS; **KIRK GREEN**, Administrator, Stone County Jail; **AUTUMN R. CONRAD YOUNGBERG**, In Home Health Aide; **DOE**, Police Officer, Mountain View City Police; and **JOHNATHAN ARNOLD**, Mountain View City Police      **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Volpe's unopposed partial recommendation, № 40. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Youngberg's amended complaint abandoned any claims against Miranda Monroe and Kirk Green. Those claims are therefore dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 January 2020