IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**CHARLES J. YOUNGBERG**                                  **PLAINTIFF**

v.                    No. 1:18-cv-80-DPM-JJV

**JOSHUA COLLUMS, Prosecuting
Attorney, Stone County; B. J. DAY,
Chief of Police, Mountain View;
AUTUMN R. CONRAD YOUNGBERG,
In Home Health Aide; DOE, Police
Officer, Mountain View City Police;
and JOHNATHAN ARNOLD,
Mountain View City Police**                         **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Youngberg hasn't filed a free-world application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 39 & 45*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2020