IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**CHARLES J. YOUNGBERG**                                 **PLAINTIFF**

v.                    No. 1:18-cv-80-DPM

**JOSHUA COLLUMS**, Prosecuting
Attorney, Stone County; **B J DAY**,
Chief of Police, Mountain View;
**MIRANDA MONROE**, Family
Service Supervisor, DHS; **KIRK
GREEN**, Administrator, Stone County
Jail; **JIM DOSS**, Deputy, Stone County
Sheriff's Office; **AUTUMN R. CONRAD
YOUNGBERG**, In Home Health Aide;
**DOE**, Police Officer, Mountain View
City Police; and **ZACK ALEXZANDER**,
Lieutenant, Stone County Sheriff's Office        **DEFENDANTS**

## JUDGMENT

Youngberg's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

       6 April 2020